Petitioners ultimately offered Excellus the second floor space rent free in order to induce it to lease space in Techniplex I. Inasmuch as the record establishes that the lease "result[ed] from arm's length bargaining carried out in good faith," we conclude that the court did not err in using the actual rent received from Excellus in determining the valuation of Techniplex I (*Merrick Holding Corp.*, 45 NY2d at 543; *see Alexander's Dept. Store of Val. Stream*, 227 AD2d at 549-550; *County Dollar Corp.*, 97 AD2d at 473).

We have considered respondents' remaining contentions and conclude that they are without merit. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.

■ In the Matter of TECHNIPLEX ASSOCIATES, L.P., Respondent, v TOWN AND VILLAGE OF EAST ROCHESTER, Appellants. (Appeal No. 2.) [999 NYS2d 786]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered October 24, 2013 in a proceeding pursuant to RPTL article 7. The order, among other things, granted the petitions in part and ordered respondents to correct the assessment rolls and to refund the tax overpayments with interest.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Techniplex III v Town & Vil. of E. Rochester* ([appeal No. 1] 125 AD3d 1412 [2015]). Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.

■ In the Matter of MCA GROUP, LLC, Respondent, v TOWN AND VILLAGE OF EAST ROCHESTER, Appellants. (Appeal No. 3.) [999 NYS2d 909]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered October 24, 2013 in a proceeding pursuant to RPTL article 7. The order, among other things, granted the petitions in part and ordered respondents to correct the assessment rolls and to refund the tax overpayments with interest.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Techniplex III v Town & Vil. of E. Rochester* ([appeal No. 1] 125 AD3d 1412 [2015]). Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.

■ WILLIAM JACQUES, Appellant, v LECESSE CONSTRUCTION SERVICES, LLC, Respondent. [999 NYS2d 910]—Appeal from an order of the Supreme Court, Monroe County (Matthew A.